UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALTON ERIC WASHINGTON,

     Plaintiff,

v.                                   Case No. 6:18-cv-725-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____

## <u>ORDER</u>

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny his supplemental security income disability benefits. (Doc. 1.) Plaintiff argues that the Administrative Law Judge erred by finding that his testimony was not entirely consistent with the medical evidence in the record. (*See* Doc. 24.) On referral, U.S. Magistrate Judge Thomas B. Smith recommends affirming the Commissioner's decision. (Doc. 25 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation

(Doc. 25) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     The Commissioner's final decision is **AFFIRMED.**

3.     The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Dalton Eric Washington and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 13, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record